

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-15-00195-CV**

| | | |
|---|---|---|
| Terry Revell | § | From County Court at Law No. 2 |
| | § | of Tarrant County (2014-001828-2) |
| v. | | |
| | § | August 29, 2016 |
| Morrison Supply Company, LLC | § | Opinion by Chief Justice Livingston |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was some error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Morrison Supply Company, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Terrie Livingston
Chief Justice Terrie Livingston